**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email : jkrieger@dickinson-wright.com
STEVEN A. CALOIARO
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
Email:  cspaulding@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada  89113
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Defendants/Counter-Claimants/Third Party Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCTAFORM SYSTEMS INC. and OCTAFORM INC,<br><br>Plaintiffs,<br>v.<br><br>BRUCE JOHNSTON, ALBA LUCIA LOZANO HERNANDEZ JOHNSTON, JUN YU, CAROLINA DIAZ, and H-PAC PLASTICS, LLC,<br><br>Defendants.<br>AND ALL RELATED MATTERS. | Case No.:  2:16-CV-02500-APG-PAL<br><br>**NOTICE OF DISASSOCIATION AND NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned hereby notifies the Court and all counsel of record that Joanna M. Myers Esq., is no longer with Dickinson Wright PLLC and counsel of record for Defendants/Counterdefendants/Third Party Plaintiffs in this case. Please remove her from the CM/ECF notification list on this matter.

/ / /

/ / /

/ / /

/ / /

/ / /



-1-

Also, please take notice that Steven A. Caloiaro of Dickinson Wright PLLC hereby enters his appearance in Ms. Myers' stead as counsel for Defendants/Counterclaimants/Third Party Plaintiffs.

DATED this 27th day of February, 2018.

DICKINSON WRIGHT PLLC

JOHN L. KRIEGER
Nevada Bar No. 6023
STEVEN A. CALOIARO
Nevada Bar No. 12344
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
Fax: (844) 670-6009
*Attorneys for Defendants/Counter-Claimants/Third Party Plaintiffs*

**IT IS SO ORDERED** this 2nd day of March, 2018.

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 27th day of February 2018, she caused a copy of the foregoing **NOTICE OF DISASSOCIATION AND NOTICE OF APPEARANCE** to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

W. West Allen, Esq.
Email:  wwa@h2law.com
Jason P. Weiland, Esq.
Email:  bd@h2law.com
Jonathan W. Fountain, Esq.
jwf@h2law.com
Howard & Howard
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs/Counter-Defendants*


An Employee of Dickinson Wright PLLC

