**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
STEVEN A. CALOIARO
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
Email: cspaulding@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661
*Attorneys for Defendants Bruce Johnston,*
*Alba Lucia Lozano Hernandez Johnston,*
*Jun Yu, Carolina Diaz, and H-Pac Plastics LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCTAFORM SYSTEMS INC. and OCTAFORM INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRUCE JOHNSTON, ALBA LUCIA LOZANO HERNANDEZ JOHNSTON, JUN YU, CAROLINA DIAZ, and H-PAC PLASTICS, LLC, <br><br> Defendants. | Case No. 2:16-cv-02500-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** <br><br> (First Request) |

Plaintiffs Octaform Systems Inc. and Octaform Inc. ("Plaintiffs") and Defendants Bruce Johnston, Alba Lucia Lozano Hernandez Johnston, Jun Yu, Carolina Diaz, and H-PAC Plastics LLC ("Defendants"), through their respective counsel, hereby stipulate and agree to extend the deadline for the parties to submit the Joint Status Report as requested by the Magistrate Judge (ECF No. 132), from July 8, 2019, to July 19, 2019.

The parties met and conferred on July 3, 2019, regarding a number of discovery issues. So as to allow time to address some of the issues raised by both sides, the parties seek additional time in which to submit the joint status report. The parties therefore request that the deadline be extended to **July 19, 2019**.

This request is not brought for the purpose of undue delay.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC        DICKINSON WRIGHT PLLC

By: ___/s/Jason P. Weiland___
W. West Allen
Nevada Bar No. 5566
wwa@h2law.com
Jay Young
Nevada Bar No. 5562
jay@htlaw.com
Jason P. Weiland
Nevada Bar No. 12127
jweiland@htlaw.com
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

*Attorneys for Plaintiffs*
*Octaform Systems Inc. and Octaform Inc.*

By: ___/s/John L. Krieger___
John L. Krieger
Nevada Bar No. 6023
jkrieger@dickinson-wright.com
Steven A. Caloiaro
Nevada Bar No. 12344
scaloiaro@dickinson-wright.com
Christian T. Spaulding
Nevada Bar No. 14277
cspaulding@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210

*Attorneys for Defendants*
*Bruce Johnston, Alba Lucia Lozano*
*Hernandez Johnston, Jun Yu,*
*Carolina Diaz, and H-Pac Plastics LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 8, 2019