# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Octaform Systems Inc. and Octaform Inc., | Case No.: 2:16-cv-2500-APG-BNW |
| Plaintiffs | **Order Granting Motions to Seal** |
| v. | [ECF Nos. 141, 146] |
| Bruce Johnston, et al., | |
| Defendants | |

The motions to seal **(ECF Nos. 141 and 146) are GRANTED**. The documents filed under seal (**ECF Nos. 142, 147, 148**) **shall remain under seal.**

Dated: February 10, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE