# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCTAFORM SYSTEMS, INC., et al., | Case No.: 2:16-cv-02500-APG-EJY |
| Plaintiffs | **Order for Status Report** |
| v. | |
| BRUCE JOHNSTON, et al., | |
| Defendants | |

I ORDER the parties to file a joint status report by July 22, 2022.

DATED this 1st day of July, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE