# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCTAFORM SYSTEMS, INC., et al.,<br><br>    Plaintiffs<br><br>v.<br><br>BRUCE JOHNSTON, et al.,<br><br>    Defendants | Case No.: 2:16-cv-02500-APG-EJY<br><br>**Order for Status Report** |

In light of the parties' status report (ECF No. 161),

I ORDER the parties to file a joint status report by January 9, 2023, or within 30 days of the receipt of a decision in the Canadian arbitration, whichever is earlier.

DATED this 27th day of July, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE