# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCTAFORM SYSTEMS INC., et al., <br><br>　　Plaintiffs <br><br>v. <br><br>BRUCE JOHNSTON, et al., <br><br>　　Defendants | Case No.: 2:16-cv-02500-APG-EJY <br><br>**Order Granting Motions to Lift Stay for Limited Purpose** <br><br>[ECF Nos. 163, 166] |

　　I ORDER that the parties' motions to lift stay **(ECF Nos. 163, 166) are GRANTED**. The stay is lifted for the limited purpose of resolving the parties' dispute over whether the plaintiffs' counsel is disqualified in this matter. The stay remains in place for all other purposes.

　　DATED this 1st day of March, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE