W. WEST ALLEN
Nevada Bar. No. 5566
wwa@h2law.com
JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
jwf@h2law.com
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
*Attorneys for Plaintiffs/Counter-Defendants,
Octaform Systems Inc., Octaform Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| OCTAFORM SYSTEMS INC. and OCTAFORM INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> BRUCE JOHNSTON, ALBA LUCIA LOZANO HERNANDEZ JOHNSTON, JUN YU, CAROLINA DIAZ, and H-PAC PLASTICS, LLC, <br><br> Defendants/Counter-Plaintiffs. | ORDER <br><br> Case No.: 2:16-cv-02500-APG-EJY <br><br> **JOINT STATUS REPORT** |

Plaintiffs/Counter-Defendants Octaform Systems Inc. and Octaform Inc. (collectively "Octaform") and Defendants/Counter-Claimants Bruce Johnston ("Johnston"), Alba Lucia Lozano Hernandez Johnston ("Lozano Johnston"), Jun Yu ("Yu"), Carolina Diaz ("Diaz") and H-PAC Plastics, LLC ("H-PAC") (collectively "Defendants"), by and through their respective counsel of record, hereby submit the following Joint Status Report as directed by Court Order (ECF No. 165) on January 9, 2023.

This matter remains stayed pending final resolution of a Canadian arbitration proceeding that is based on the employment agreements entered into between Octaform Inc. and its former employees Bruce Johnston and Alba Lozano Johnston. Octaform asserts that Bruce Johnston and Alba Lozano Johnston misappropriated trade secrets and breached their respective Octaform employment agreements and nondisclosure agreements by creating and operating a competing business, H-PAC Plastics, in association with former Octaform employees and Octaform's

1

previous manufacturer, Huajun Plastics Building Material Co., Ltd. ("Huajun") in China. (*See* ECF No. 108.) Defendants deny Octaform's allegations. An arbitration proceeding was initiated by Octaform against its former Chinese manufacturer Huajun (the "Huajun Arbitration"). A final arbitration award was secured by Octaform against Huajun in the Huajun Arbitration on April 2, 2019.

Prior to the Huajun Arbitration, in December 2016, Octaform initiated an arbitration proceeding against Johnston and Lozano in Canada (the "Canadian Arbitration"). The arbitration hearing in the Canadian Arbitration began in late 2019 and continued through early 2020 until restrictive COVID-19 protocols and multiple procedural filings created significant delays. The hearing resumed in late 2020 and again in January 2022. The Canadian Arbitration, however, continues to experience significant delays due to numerous Procedural Orders and Interim Awards.

In total, nearly 50 Preliminary Orders and no less than three Interim Awards have been entered in the Canadian Arbitration. Near the end of Canadian Arbitration in 2022, the Johnston Defendants petitioned the Supreme Court of British Columbia in Vancouver, Canada, to have the arbitrator recused and the entire six-year arbitration set aside on grounds that the arbitrator is not "independent and impartial." This recusal petition was denied, and Johnston and Lozano appealed that decision before a final decision was entered.

Most recently, the following has occurred in the Canadian Arbitration:

- On February 15, 2022, Johnston and Lozano sold EZ PVC LLC ("EZ PVC")—the alleged successor of Defendant H-PAC Plastics, LLC—to Amerilux International, LLC without disclosing the sale to Octaform or in the Canadian Arbitration;
- On March 16, 2022, Octaform first learned of the EZ PVC sale and requested that Johnston and Lozano produce documents and information concerning the sale;
- On March 26, 2022, Octaform moved for an order freezing the proceeds of the EZ PVC sale until final resolution of the Canadian Arbitration and for an order permitting discovery into the circumstances of the sale;

2

- On April 21, 2022, the arbitrator issued Interim Award No. 3, freezing the proceeds of the EZ PVC sale, and permitting discovery into the circumstances of the sale. Among other things, the arbitrator concluded that:
    - The Canadian Arbitration had, to that date, occupied 56 hearing days;
    - The arbitrator had been required to issue multiple Procedural Orders and Interim Awards, dealing with, among other things, document disclosure disagreements, adverse witnesses, evidentiary disagreements, the scope of the arbitration, and the jurisdiction of the Tribunal, and other issues;
    - Additional hearing days for final argument had yet to be scheduled; and
    - Absent further delays the arbitration was expected to conclude in late 2022;
- On April 25, 2022, Johnston and Lozano moved for reconsideration of Procedural Order No. 38, which permitted discovery into the EZ PVC sale;
- On April 28, 2022, the Arbitrator issued Procedural Order No. 39, refusing to reconsider Procedural Order No. 38;
- On April 29, 2022, Johnston and Lozano disclosed documents concerning the EZ PVC sale;
- On May 11, 2022, Johnston and Lozano moved for an order: (a) setting aside Procedural Order No. 35, which permitted the submission of a redacted version of the September 14, 2020, second expert report of Anthem Forensics regarding damages; (b) setting aside Procedural Order No. 38, which permitted discovery into the EZ PVC sale; (c) setting aside Interim Award No. 3, which froze the proceeds of the EZ PVC sale; and (d) requiring the Arbitrator to recuse himself based on alleged bias against Johnston and Lozano;
- On September 16, 2022, the Arbitrator issued his recusal decision and denied the Johnston and Lozano recusal motion in its entirety.
- Immediately following this order, Johnston and Lozano applied to remove the Arbitrator for alleged bias or reasonable apprehension of bias. Their bias petition remains pending before the Supreme Court of British Columbia. The original

3

    hearing for this petition proceeded over 7 days in January-February and May-June 2023. The protracted nature of the hearing allegedly requires a further hearing day to conclude this proceeding. However, due to the busy Canadian Court docket, the Court is not expected to hold this final hearing day until Fall 2023, with the Court's decision to be released sometime thereafter.

- Johnston and Lozano also sought to stay the Canadian Arbitration while their application to remove the arbitrator is pending before the Supreme Court of British Columbia. They applied for a stay but were unsuccessful because the court had no jurisdiction to stay the parties' incomplete Canadian Arbitration. Johnston and Lozano then applied to the arbitrator for a stay, who also denied their request.

- Octaform still seeks to tender its final evidence and closing arguments in the Canadian Arbitration. Yet another recent delay has arisen because the Defendants have not responded to Octaform's proposed deposition designations and have objected to Octaform tendering evidence regarding the sale of EZ PVC. Johnston and Lozano have asserted that if Octaform tenders this evidence and it is considered, they will bring a new application for recusal of the arbitrator.

- Johnston and Lozano also have advised the arbitrator and Octaform that they intend to bring "another motion" and will seek to file a new statement from a new witness after Octaform closes its case-in-chief. The deadline for exchange of witness statements expired in 2020.

- Closing arguments have not yet been scheduled in light of Johnston and Lozano's latest objections.

In this case, the Defendants recently moved to disqualify Octaform's counsel. When good faith efforts between counsel to resolve the "disqualification" issue were unsuccessful, on January 4, 2023, Octaform, through its Nevada counsel, filed a motion to lift the stay so that this Court could resolve the matter and confirm that Octaform's counsel properly screened a younger attorney who formerly worked at the law firm representing the Defendants. (ECF Nos. 163 and 164). Defendants subsequently filed their own separate Motion to Disqualify. (ECF No. 167). The

Court entered its decision on May 25, 2023 (ECF No. 178). Magistrate Judge Youchah denied Defendants' motion to disqualify Octaform's counsel. (ECF No. 167.)

Defendants have filed an Objection to Magistrate Judge Youchah's Order on June 8, 2023 (ECF No. 179). Octaform filed its Response to Defendants' Objection on June 22, 2023. (ECF No. 180).

## JOINT REQUEST

In light of the foregoing, the parties request that Court continue the stay in this action and that the parties submit their next Joint Status Report by January 31, 2024, or within thirty (30) days of the receipt of a decision in the Canadian arbitration.

Dated this 28th day of July 2023.                    Dated this 28th day of July 2023.

**HOWARD & HOWARD ATTORNEYS PLLC**        **DICKINSON WRIGHT PLLC**

/s/ W. West Allen                                               /s/ John L. Krieger
W. West Allen                                                    John L. Krieger
Nevada Bar No. 5566                                         Nevada Bar No. 6023
3800 Howard Hughes Parkway                          3883 Howard Hughes Parkway
Suite 1000                                                           Suite 800
Las Vegas, Nevada 89169                                  Las Vegas, Nevada 89169

*Attorneys for Plaintiffs/Counter-Defendants and Third-Party Defendant*

*Attorneys for Defendants / Counter-Claimants / Third-Party Plaintiff*

4864-0099-9281, v. 2

IT IS SO ORDERED:

Dated: July 31, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE